**DOCKET NUMBER:** 25cr184 (HG)

**CRIMINAL CAUSE FOR** Arraignment \ Change of Plea

**BEFORE CHERYL L. POLLAK, U.S.M.J.**   **DATE:** 7/8/2025   **TIME IN COURT:** 1 hour

**DEFENDANT'S NAME:** RANDY SPRINGER
_X_ Present   ___ Not Present   ___ Custody   _X_ Not Custody

**DEFENSE COUNSEL:** JAMES DARROW
_X_ Federal Defender   ___ CJA   ___ Retained

**A.U.S.A.:** SEAN M. SHERMAN   **PRETRIAL/PROBATION:**

**COURT REPORTER**   **ESR OPERATOR** Diana Caggiano   **LOG:** 9:05 - 9:47
                                                                9:51 - 9:58

**INTERPRETER:**   **LANGUAGE:**

_X_ Arraignment                                    ___ Revocation of Probation – non-contested
_X_ Change of Plea Hearing (~*Util-Plea Entered*)   ___ Revocation of Probation – contested
___ In Chambers Conference                          ___ Sentencing – non-evidentiary
___ Pre-Trial Conference                            ___ Sentencing – contested
___ Initial Appearance                              ___ Revocation of Supervised Rel. – evidentiary
___ Status Conference                               ___ Revocation of Supervised Rel. – non-evidentiary
___ Telephone Conference                            ___ Voir Dire Begun
___ Jury Selection                                  ___ Voir Dire Held
___ Motion Hearing – evidentiary
___ Other Hearing:

_X_ Case called
_X_ Defendant:   _X_ Sworn   _X_ Informed of Rights
_X_ Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge.
_X_ Waiver of Indictment Executed
_X_ Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record
___ Court Finds Factual Basis for the Plea
___ Sentencing Set for: TBD
_X_ Based on the proceedings held in open court, it is respectfully recommended that the Court: (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea.
___ Order of Excludable Delay Entered: From _____ To _____
___ Order of Temporary Detention Entered

Case called. Defendant RANDY SPRINGER present with Counsel James Darrow. AUSA Sean M. Sherman present for the government. Defendant consented to having plea taken by Magistrate Judge Pollak. Defendant pleads guilty to Count One (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances) and Count Two (Firearms Trafficking Conspiracy) of the Information. Judge Pollak recommends that Judge Gonzalez accept defendant's plea.

**UTILITIES**

| | | | |
|---|---|---|---|
| X | ~Util-Plea Entered | _____ | ~Util-Add/Terminate Attorneys |
| _____ | ~Util-Exparte Matter | _____ | ~Util-Terminate Parties |
| _____ | ~Util-Set/Reset Deadlines | _____ | ~Util-Indictment Unsealed |
| _____ | ~Util-Set/Reset Hearings | _____ | ~Util-Information Unsealed |
| _____ | ~Util-Set/Reset Deadlines/Hearings | _____ | ~Util-Bond Set/Reset |
| _____ | ~Util-Terminate Motions | _____ | ~Util-Set/Reset Mot./R&R Deadlines/Hearings |